**No. 11M3. Eduardo Catarino Palacios, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 808, 132 S. Ct. 77, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6691.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 384 Fed. Appx. 333.

**No. 11M4. Joseph Kamau Christopher Bey, Petitioner v. North Carolina, et al.**

565 U.S. 808, 132 S. Ct. 77, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6678.

October 3, 2011. Motion for leave to proceed in forma pauperis with the declaration of indigency under seal denied.

Same case below, 411 Fed. Appx. 643.

**No. 11M5. City of Moundridge, Kansas, et al., Petitioners v. Exxon Mobil Corporation, et al.**

565 U.S. 809, 132 S. Ct. 77, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6670.

October 3, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted. Justice Alito took no part in the consideration or decision of this motion.

Same case below, 409 Fed. Appx. 362.

**No. 11M6. Norberto Robles, Petitioner v. Joe D. Driver, Warden.**

565 U.S. 808, 132 S. Ct. 77, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6651.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 399 Fed. Appx. 944.

**No. 11M7. Justo E. Roque, Jr., Petitioner v. Miguel A. Elias, a Professional Law Corporation.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6616.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 51 So. 3d 26.

**No. 11M8. Billie Jo Richards, Petitioner v. Centre Area Transportation Authority.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6740.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 414 Fed. Appx. 501.

**No. 11M9. Anthony Ross Black, Petitioner v. E. K. McDaniel, Warden, et al. (two judgments).**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6904.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.